Send —O

FILED
CLERK, U.S DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 03-1233-TJH |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Stacy Renard Bowden, ) | 18 U.S.C. § 3143(a) |
| Defendant. ) | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of CA. involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///

| | |
|---|---|
| 1 | 2. The Court concludes: |
| 2 | A. (✓) Defendant has failed to demonstrate by clear and |
| 3 | convincing evidence that he is not likely to pose |
| 4 | a risk to the safety of any other persons or the |
| 5 | community.  Defendant poses a risk to the safety |
| 6 | of other persons or the community based on: |

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 6/9/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2